# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PETER GRILLOT,

        Plaintiff,    :     Case No. 3:08-cv-111

- vs -     District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

MICHAEL J. ASTRUE,    :
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 8, 2009, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Commissioner's decision that Plaintiff was not disabled and therefore not entitled to benefits under the Act be AFFIRMED.

January 12, 2009

                                              Thomas M. Rose
                                              United States District Judge